Argued and submitted January 30, reversed and remanded February 13, 1991

## WILLIAM E. GRISEL,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
*Respondent.*

(90-C-10866; CA A65006 (Control))

## MARK D. DAVIS,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
*Respondent.*

(90-C-10965; CA A65411)
(Cases Consolidated)

804 P2d 1227

Hari Nam S. Khalsa, Deputy Public Defender, Salem, argued the cause and filed the briefs for appellants.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).